UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Comcast of Massachusetts I, Inc. ("Comcast")   Plaintiff, | ) ) ) ) | CIVIL ACTION NO. 04-12696-MEL |
| v. | ) ) | |
| Joyce Belanger   Defendant. | ) ) | |

ORDER OF RECUSAL

LASKER, S.D.J.

I hereby recuse myself from this case in order to avoid

a conflict arising from a financial interest.

See 28 U.S.C. sec. 455 (b)(4).

                          MORRIS E. LASKER
                          UNITED STATES DISTRICT JUDGE

                          By the Court,

Dated: 12/29/04                           /s/ George H. Howarth
Boston, Massachusetts                     Deputy Clerk