A-1

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Massachusetts

Comcast of Massachusetts I, Inc.

v.

Joyce Belanger

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-12696 ~~MEL~~ DPW

TO: (Name and address of Defendant)

Joyce Belanger
140 Hilltop Road
Dracut, MA 01826

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: TONY ANASTAS

DATE: 12/21/2004

(By) DEPUTY CLERK

Deputy Sheriff GERARD WHITMAN

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

January 6, 2005

I hereby certify and return that on 1/5/2005 at 4:55PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, CORPORATE DISCLOSURE in this action in the following manner: To wit, by leaving at the last and usual place of abode of JOYCE BELANGER, , 140 HILLTOP Road DRACUT, MA 01826 and by mailing 1st class to the above address on 1/6/2005. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($1.20), Postage and Handling ($3.00), Travel ($16.24) Total Charges $50.44

*Arthur Santor*
Deputy Sheriff

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
          Date            Signature of Server

_____
Address of Server

SCANNED
DATE: 1-13-05
BY: B

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.