UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** ) | Case No.: 04-12696 MEL |
| ) | |
| Plaintiff, ) | |
| ) | **PLAINTIFF'S MOTION TO EXTEND** |
| vs. ) | **TIME TO MOVE FOR DEFAULT** |
| ) | **JUDGMENT** |
| **Joyce Belanger** ) | |
| ) | |
| Defendant ) | |
| ) | |

**NOW COMES** Plaintiff, Comcast of Massachusetts I, Inc., in the above-captioned case respectfully requests that this Court to extend the deadline for the Plaintiff to move for default judgment to June 16, 2005.

As grounds, the Plaintiff states:

1. Plaintiff intends to file an Affidavit in support of its Motion for Default Judgment.

2. The Affidavit that the Plaintiff intends to file will contain considerable details and will be of assistance to the court.

3. Plaintiff's counsel requires more time to obtain executed Affidavit.

4. Plaintiff has yet to be contacted by the Defendant or anyone on his behalf.

In further support of this motion, see affidavit of John M. McLaughlin

                                    Respectfully Submitted for the Plaintiff,
                                    CoxCom, Inc. dba Cox Communications New
                                    England
                                    By Its Attorney


2/10/05                             /s/ John M. McLaughlin
Date                                John M. McLaughlin (BBO: 556328)
                                    **Green, Miles, Lipton & Fitz-Gibbon**
                                    77 Pleasant Street
                                    P.O. Box 210
                                    Northampton, MA 01061-0210
                                    (413) 586-0865

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 16th day of May 2005, a copy of the foregoing motion and affidavit were sent via first class mail to:

Joyce Belanger
140 Hilltop Road
Dracut, MA 01826

                                              /s/ John M. McLaughlin
                                              John M. McLaughlin

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>)<br>**Joyce Belanger** )<br>)<br>Defendant )<br>_____) | Case No.: 04-12696 MEL<br><br>AFFIDAVIT OF ATTORNEY IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME TO MOVE FOR DEFAULT JUDGMENT |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. I have been working on the Motion for Default in this action, but I have determined an affidavit will be of assistance to the court.

2. It will take some additional time to submit this affidavit.

3. I have yet to be contacted by the Defendant or anyone on his behalf.

Subscribed and sworn to, under the pains and penalties of perjury.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts I, Inc.
By Its Attorney,

5/16/05
Date

__/s/ John M. McLaughlin_____
John M. McLaughlin (BBO: 556328)
**Green Miles Lipton & Fitz-Gibbon LLP**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
(413) 586-0865

Page    1