**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (Boston)**

| | | |
|---|---|---|
| **Comcast of Massachusetts I, Inc.,** | ) | Case No.: 1:04-cv-12696-MEL |
| | ) | |
| Plaintiff | ) | **NOTICE OF SATISFACTION OF** |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Joyce Belanger,** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

Plaintiff hereby acknowledges complete satisfaction of the Judgment entered on July 15, 2005 in the above action.

                                          Respectfully Submitted for the Plaintiff,
                                          Comcast of Massachusetts I, Inc.
                                          By Its Attorney,

<u>11/3/2006</u>                                 <u>/s/ John M. McLaughlin</u>
Date                                     John M. McLaughlin
                                          **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                          77 Pleasant Street
                                          P.O. Box 210
                                          Northampton, MA 01061-0210
                                          Telephone:  (413) 586-0865
                                          BBO No. 556328

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that I have on this 3rd, day of November, 2006, served a copy of the foregoing Satisfaction of Judgment, via first class mail, postage prepaid, to the following:

Richard A. Lalime, Esq.
45 Merrimack Street
Lowell, MA 01852

                                                /s/ John M. McLaughlin
                                                John M. McLaughlin